# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0068.  PEACHTREE ORTHOPAEDIC CLINIC, P.A. v. WEXLER.**

Upon consideration of the Consent Motion to Withdraw Appeal filed by Peachtree Orthopaedic Clinic, P.A. and David Wexler in the above-styled case, it is ordered that the motion is hereby GRANTED.

Additionally, the oral argument scheduled for this case on Tuesday, December 11, 2018, is hereby CANCELED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*